[No. 32199-8-II.   Division Two.   October 4, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN EDWARDS PITTMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 03-1-02090-7, Roger A. Bennett, J., entered August 24, 2004. *Reversed* by unpublished opinion per Houghton, J., concurred in by Van Deren, A.C.J., and Armstrong, J.

[No. 32203-0-II.   Division Two.   October 4, 2005.]

LAURA L. HENRICKS, *Appellant*, v. ANTONIUK FAMILY TRUST ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-14249-0, Donald H. Thompson, J. Pro Tem., entered September 1, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[No. 22698-1-III.   Division Three.   October 4, 2005.]

DANELLE L. WINCHEL, *Appellant*, v. POLLY A. PATON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-2-05379-0, Maryann C. Moreno, J., entered December 19, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Schultheis, J.

[No. 23134-8-III.   Division Three.   October 4, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. SHARELL MARIE NEAL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-01275-1, Harold D. Clarke III, J., entered June 3, 2004. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis and Kurtz, JJ.